UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BENNY COUNCIL,

    Plaintiff,

v.

ATLANTA AUTOMOTIVE BROKERS LLC, SOLUX FINANCIAL SERVICES LLC, MHAMAD HAMAD, HUISON KANG MOUSSA, and NABIH B. MOUSSA,

    Defendants.

CIVIL ACTION NO.

1:22-CV-1697-SEG

## **O R D E R**

The complaint in this action was filed on April 29, 2022. (Doc. 1.) On September 9, 2022, this Court entered an order granting Plaintiff's motion to dismiss Defendants Huison Kang Moussa and Nabih B. Moussa and directing Plaintiff to show cause why the remaining Defendants should not be dismissed for failure to effect service pursuant to Fed. R. Civ. P. 4(m). (Doc. 5). Plaintiff responded by seeking an extension of time to serve the remaining defendants. On October 4, 2022, the Court granted that request and ordered that service on the remaining defendants be completed by December 2, 2022. (Doc. 7). Plaintiff did not file proof of service, and on December 29, 2022, the Court issued an order directing Plaintiff to show cause by January 13, 2023, why this

case should not be dismissed pursuant to Local Rule 41.3(A)(1), NDGa, for his failure to make the case ready. (Doc. 8.) To date, Plaintiff has neither responded to show cause order nor filed proof of service as to the remaining defendants. The Court therefore DISMISSES this action WITHOUT PREJUDICE pursuant to Local Rule 41.3(A), NDGa, for Plaintiff's failure to make the case ready and failure to obey a lawful order of this Court.

**SO ORDERED** this 26th day of January, 2023.

_____
SARAH E. GERAGHTY
United States District Judge